# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

In re: WARNER, KELLY M § Case No. 15-01768
§
§
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on April 28, 2015. The undersigned trustee was appointed on April 28, 2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of       $          6,500.00

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 929.91 |
| Administrative expenses | 2,216.78 |
| Bank service fees | 310.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 1,677.55 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]  $ | 1,365.76 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 04/29/2016 and the deadline for filing governmental claims was 10/25/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,205.61. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $0.00, for a total compensation of $0.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $25.69, for total expenses of $25.69.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/14/2019     By: /s/Markian R Slobodian
                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-01768  **Trustee:** (580580) Markian R Slobodian
**Case Name:** WARNER, KELLY M  **Filed (f) or Converted (c):** 04/28/15 (f)
 **§341(a) Meeting Date:** 06/09/15
**Period Ending:** 08/14/19  **Claims Bar Date:** 04/29/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Lot with frame house located at 103 Main Street, | 11,434.50 | 2,000.00 | | 6,500.00 | FA |
| 2 | Lot with frame house located at 105 Main Street, | 40,000.00 | 0.00 | | 0.00 | FA |
| 3 | Cash Location: In debtor's possession | 20.00 | 0.00 | | 0.00 | FA |
| 4 | Checking account with boyfriend Randy L. Huber, | 250.00 | 0.00 | | 0.00 | FA |
| 5 | 2 Cushion Sofa -$100; Recliner -$50; Recliner -$ | 1,175.00 | 0.00 | | 0.00 | FA |
| 6 | Washer -$50; Dryer -$50; King bed -$100; 5 Dress | 475.00 | 0.00 | | 0.00 | FA |
| 7 | All clothing Location: In debtor's possession | 300.00 | 0.00 | | 0.00 | FA |
| 8 | Mothers wedding band Location: In debtor's posse | 1,000.00 | 0.00 | | 0.00 | FA |
| 9 | 2014 IRS Refund Location: In debtor's possession | 6,816.00 | 0.00 | | 0.00 | FA |
| 10 | 1992 Harley Davidson Sportster owned with boyfri | 750.00 | 0.00 | | 0.00 | FA |
| 11 | 2001 Dodge Durango owned jointly with boyfriend | 1,047.50 | 0.00 | | 0.00 | FA |
| 12 | 2012 Nissan Altima Location: In debtor's possess | 10,722.00 | 0.00 | | 0.00 | FA |
| 13 | 2013 Chrysler 200 owned jointly with daughter Je | 13,382.00 | 0.00 | | 0.00 | FA |
| 13 | **Assets** Totals (Excluding unknown values) | **$87,372.00** | **$2,000.00** | | **$6,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

6/10/15 - Trustee will sell real estate in Port Royal, PA.
6/10/15 - Message from Doc Johnston with contact information for listing agent.
6/11/15 - Application for appointment of attorney for trustee filed.
6/19/15 - Order approving appointment of attorney for trustee.
7/6/15 - Listing Agreement received from Ashley Kline (realtor).
7/13/15 - Email from realtor stating that she cannot access the house and the debtor needs a week to clean it out because it is filled with storage items.
7/21/15 - Application to Employ Century 21 to market and sell real estate in Port Royal, PA filed by Trustee.
7/31/15 - Order approving Trustee's application to appoint realtor for trustee.
1/19/16 - Motion to sell real estate in Port Royal, PA filed by Trustee.
1/21/16 - Notice served regarding motion to sell real estate.
1/27/16 - Asset notice filed.
2/14/16 - Objection deadline for motion to sell.
2/23/16 - Hearing on Motion to sell real estate.
2/24/16 - Order approving motion to sell real estate.
2/29/16 - Email to Ashley Kline (realtor) forwarding copy of Order approving sale and requesting closing be scheduled and deed be prepared by buyer's counsel or title company.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-01768  **Trustee:** (580580) Markian R Slobodian
**Case Name:** WARNER, KELLY M  **Filed (f) or Converted (c):** 04/28/15 (f)
 **§341(a) Meeting Date:** 06/09/15
**Period Ending:** 08/14/19  **Claims Bar Date:** 04/29/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

3/11/16 - Closing held on sale of real estate at 103 Main St., Port Royal, PA.

3/15/16 - Report of Sale filed by Trustee regarding sale of real estate in Port Royal, PA.

3/22/16 - Exemption check sent to debtor's counsel.

4/29/16 - Claims Bar date.

5/12/16 - Letter to National Recovery Agency requesting a proof of claim be filed.

1/27/17 - Trustee will contact creditors regarding filing of claims.

11/14/17 - Paralegal spoke with Assension Capital Group regarding possible amendment to proof of claim.

11/14/17 - Proof of Claim drafted for creditor and forwarded with instructions for completion and filing with Bankruptcy Court.

11/15/17 - Trustee spoke with finance company regarding amending proof of claim for deficiency balance.

11/21/17 - Email to American Infosource requesting claim of Capital One Auto Finance be amended as an unsecured claim and to include any deficiency balance owed.

1/25/18 - Follow up call to American Infosource regarding status of filing amended proof of claim for Capital One Auto Finance.

1/25/18 - Trustee's previous email resent to American Infosource.

5/11/18 - Amended claim still not filed by Capital One Auto Finance.

7/18/18 - Email resent to American Infosource regarding filing amendment to Proof of Claim on behalf of Capital One Auto Finance.

9/17/18 - Amended claim still not filed.

1/30/19 - Trustee will re-contact possible creditors regarding filing of late claims.

7/11/19 - Left VM with contact at American Infosource regarding filing of amended proof of claim on behalf of Capital One Auto Finance.

8/13/19 - Trustee determined the estate did not generate income or capital gains. Accordingly, no tax return will be filed.

8/27/19 - TFR forwarded to US Trustee's office for review.

8/27/19 - Final fee application of Trustee's counsel filed by Trustee.

**Initial Projected Date Of Final Report (TFR):**   June 1, 2016   **Current Projected Date Of Final Report (TFR):**   April 15, 2019

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 15-01768 | | Trustee: | Markian R Slobodian (580580) |
|---|---|---|---|---|
| Case Name: | WARNER, KELLY M | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******5166 - Checking Account |
| Taxpayer ID #: | **-***1255 | | Blanket Bond: | $6,379,891.00 (per case limit) |
| Period Ending: | 08/14/19 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/15/16 | | Andrew L. Winder | Sale Proceeds from Sale of RE at 103 Main St, Port Royal, PA | | 3,355.09 | | 3,355.09 |
| | {1} | Nina K. & William F. Graham | Gross Sale Proceeds        6,500.00 | 1110-000 | | | 3,355.09 |
| | | Century 21, Above & Beyond | Realtor's Commission       -2,000.00 | 3510-000 | | | 3,355.09 |
| | | Juniata Co Tax Claim Bureau | Delinquent RE Taxes          -929.91 | 4700-000 | | | 3,355.09 |
| | | | Misc. Costs of Sale            -215.00 | 2500-000 | | | 3,355.09 |
| 03/22/16 | 101 | Kelly M. Warner | Debtor's Claimed Exemption | 8100-002 | | 1,677.55 | 1,677.54 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,667.54 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,657.54 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,647.54 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,637.54 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,627.54 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,617.54 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,607.54 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,597.54 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,587.54 |
| 12/28/16 | 102 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/28/2016 FOR CASE #15-01768, Bond # 016026361 | 2300-000 | | 0.46 | 1,587.08 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,577.08 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,567.08 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,557.08 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,547.08 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,537.08 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,527.08 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,517.08 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,507.08 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,497.08 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,487.08 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,477.08 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,467.08 |
| 12/27/17 | 103 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/27/2017 FOR CASE #15-01768, Bond #016026361 | 2300-000 | | 0.42 | 1,466.66 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,456.66 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,446.66 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,436.66 |

Subtotals :         $3,355.09         $1,918.43

{} Asset reference(s)                                                                                                     Printed: 08/27/2019 09:22 AM    V.14.50

# Form 2
## Cash Receipts And Disbursements Record

| **Case Number:** | 15-01768 | | **Trustee:** | Markian R Slobodian (580580) |
|---|---|---|---|---|
| **Case Name:** | WARNER, KELLY M | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ******5166 - Checking Account |
| **Taxpayer ID #:** | **-***1255 | | **Blanket Bond:** | $6,379,891.00 (per case limit) |
| **Period Ending:** | 08/14/19 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,426.66 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,416.66 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,406.66 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,396.66 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,386.66 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,376.66 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 1,371.66 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 1,366.66 |
| 01/07/19 | 104 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/07/2019 FOR CASE #15-01768, Bond #016026361 | 2300-000 | | 0.90 | 1,365.76 |

| | | | | |
|---|---|---|---|---|
| | | **ACCOUNT TOTALS** | 3,355.09 | 1,989.33 | $1,365.76 |
| | | Less: Bank Transfers | 0.00 | 0.00 | |
| | | **Subtotal** | 3,355.09 | 1,989.33 | |
| | | Less: Payments to Debtors | | 1,677.55 | |
| | | **NET Receipts / Disbursements** | $3,355.09 | $311.78 | |

| Net Receipts : | 3,355.09 |
|---|---|
| Plus Gross Adjustments : | 3,144.91 |
| Less Payments to Debtor : | 1,677.55 |
| Net Estate : | $4,822.45 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******5166** | 3,355.09 | 311.78 | 1,365.76 |
| | $3,355.09 | $311.78 | $1,365.76 |

# Claims Register

### Case: 15-01768    WARNER, KELLY M

Claims Bar Date:    04/29/16

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
|  | Markian R Slobodian<br>801 North Second St.<br>Harrisburg, PA 17102<br><2100-00   Trustee Compensation>, 200 | Admin Ch. 7<br>04/28/15 |  | $1,205.61<br>$0.00 | $0.00 | $0.00 |
|  | Markian R Slobodian<br>801 North Second St.<br>Harrisburg, PA 17102<br><2200-00   Trustee Expenses>, 200 | Admin Ch. 7<br>04/28/15 |  | $65.38<br>$65.38 | $0.00 | $65.38 |
|  | Law Offices of Markian R Slobodian<br>801 North Second St.<br>Harrisburg, PA 17102<br><3110-00   Attorney for Trustee Fees (Trustee Firm)>, 200 | Admin Ch. 7<br>04/28/15 |  | $3,196.00<br>$3,196.00 | $0.00 | $3,196.00 |
|  | Law Offices of Markian R Slobodian<br>801 North Second St.<br>Harrisburg, PA 17102<br><3120-00   Attorney for Trustee Expenses (Trustee Firm)>, 200 | Admin Ch. 7<br>04/28/15 |  | $214.88<br>$214.88 | $0.00 | $214.88 |
| 0 | Kelly M. Warner<br>P. O. Box 306<br>Port Royal, PA 17082<br><8100-00   Exemptions>, 100 | Secured<br>04/28/15 |  | $1,677.55<br>$1,677.55 | $1,677.55 | $0.00 |
| 1 | CAPITAL ONE AUTO FINANCE, DIVISION CAPITAL ONE NA<br>P.O. BOX 60511<br>CITY OF INDUSTRY, CA 91716<br><4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>, 100 | Secured<br>03/24/16 |  | $16,465.48<br>$0.00 | $0.00 | $0.00 |
| BOND | International Sureties, Ltd.<br>701 Poydras St., Suite 420<br>New Orleans, LA 70139<br><2300-00   Bond Payments>, 201 | Admin Ch. 7<br>04/28/15 |  | $1.78<br>$1.78 | $1.78 | $0.00 |
| NOTFILED | PNC Bank At tn Bankruptcy Dept<br>2730 Liberty Avenue<br>Pittsburgh, PA 15222<br><4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>, 100 | Secured<br>04/28/15 |  | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Claims Recovery Systems assignee of Wells Fargo Bank<br>PO Box 703<br>Carnegie, PA 15106<br><4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>, 100 | Secured<br>04/28/15 |  | $0.00<br>$0.00 | $0.00 | $0.00 |

# Claims Register

**Case: 15-01768   WARNER, KELLY M**

Claims Bar Date:   04/29/16

| Claim Number | Claimant Name / &lt;Category&gt;, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED | Car Finance<br>PO Box 57053<br>Irvine, CA 92618<br>&lt;4110-00  Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)&gt;,  100 | Secured<br>04/28/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Nationwide Insurance<br>&lt;7100-00  General Unsecured § 726(a)(2)&gt;,  610 | Unsecured<br>04/28/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Nationwide Insurance c/o Credit Collection<br>PO Box 9134<br>Needham Heights 14a 02494<br>&lt;7100-00  General Unsecured § 726(a)(2)&gt;,  610 | Unsecured<br>04/28/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Pediatric Dental Care PC<br>428 Windmere Drive<br>Suite 200<br>State College, PA 16801<br>&lt;7100-00  General Unsecured § 726(a)(2)&gt;,  610 | Unsecured<br>04/28/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | PPL Electric Utilities<br>2 North 9th Street<br>Allentown, PA 18101-1175<br>&lt;7100-00  General Unsecured § 726(a)(2)&gt;,  610 | Unsecured<br>04/28/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Pediatric Dental Care PC<br>&lt;7100-00  General Unsecured § 726(a)(2)&gt;,  610 | Unsecured<br>04/28/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Sprint c/o Enhance Recovery<br>PO Box 57547<br>Jacksonville, FL 32241<br>&lt;7100-00  General Unsecured § 726(a)(2)&gt;,  610 | Unsecured<br>04/28/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | PPL Electric Utilities<br>&lt;7100-00  General Unsecured § 726(a)(2)&gt;,  610 | Unsecured<br>04/28/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | National Recovery<br>2491 Paxton Street<br>Harrisburg, PA 17111-1036<br>&lt;7100-00  General Unsecured § 726(a)(2)&gt;,  610 | Unsecured<br>04/28/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Dish Network c/o Enhance Recovery<br>PO Box 57547<br>Jacksonville, FL 32241<br>&lt;7100-00  General Unsecured § 726(a)(2)&gt;,  610 | Unsecured<br>04/28/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |

# Claims Register

**Case:  15-01768    WARNER, KELLY M**

Claims Bar Date:  04/29/16

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED | Lewistown Hospital c/o National Recovery<br>2491 Paxton Street<br>Harrisburg, PA 17111<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>04/28/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | AT&T Mobility<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>04/28/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | AT&T Mobility<br>PO Box 537113<br>Atlanta, GA 30353-7113<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>04/28/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | AT&T Mobility<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>04/28/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | First Premier Bank<br>PO Box 5524<br>Sioux Falls, SD 57117-5524<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>04/28/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Geisinger Lewistown Hospital<br>400 Highland Avenue<br>Lewistown, PA 17044<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>04/28/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Dr Frank Gill OB GYN LLC<br>312 Fourth Street<br>Lewistown, PA 17044-1315<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>04/28/15 | 2274 | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Geisinger Health System<br>PO Box 27727<br>Newark, NJ 07101-7727<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>04/28/15 | 3404 | $0.00<br>$0.00 | $0.00 | $0.00 |

**Case Total:**        **$1,679.33**        **$3,476.26**

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-01768
Case Name: WARNER, KELLY M
Trustee Name: Markian R Slobodian

**Balance on hand:** $ 1,365.76

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | CAPITAL ONE AUTO FINANCE, DIVISION CAPITAL ONE NA | 16,465.48 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 1,365.76

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Markian R Slobodian | 0.00 | 0.00 | 0.00 |
| Trustee, Expenses - Markian R Slobodian | 65.38 | 0.00 | 25.69 |
| Attorney for Trustee, Fees - Law Offices of Markian R Slobodian | 3,196.00 | 0.00 | 1,255.65 |
| Attorney for Trustee, Expenses - Law Offices of Markian R Slobodian | 214.88 | 0.00 | 84.42 |
| Other Expenses: International Sureties, Ltd. | 1.78 | 1.78 | 0.00 |

Total to be paid for chapter 7 administration expenses: $ 1,365.76
Remaining balance: $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for priority claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$** 0.00
Remaining balance: **$** 0.00

**UST Form 101-7-TFR (05/1/2011)**