UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re: WARNER, KELLY M  § Case No. 15-01768
§
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>Markian R Slobodian</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Ronald Reagan Federal Building
228 Walnut St., Room 320
Harrisburg, PA  17101-1737

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee.  If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/21/2019    By: /s/Markian R. Slobodian, Trustee
                                              Trustee

Markian R Slobodian
801 North Second St.
Harrisburg, PA  17102
(717) 232-5180
law.ms@usa.net

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

In re: WARNER, KELLY M § Case No. 15-01768
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 6,500.00 |
| and approved disbursements of | $ 5,134.24 |
| leaving a balance on hand of [1] | $ 1,365.76 |
| **Balance on hand:** | $ 1,365.76 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | CAPITAL ONE AUTO FINANCE, DIVISION CAPITAL ONE NA | 16,465.48 | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 1,365.76 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Markian R Slobodian | 0.00 | 0.00 | 0.00 |
| Trustee, Expenses - Markian R Slobodian | 65.38 | 0.00 | 25.69 |
| Attorney for Trustee, Fees - Law Offices of Markian R Slobodian | 3,196.00 | 0.00 | 1,255.65 |
| Attorney for Trustee, Expenses - Law Offices of Markian R Slobodian | 214.88 | 0.00 | 84.42 |
| Other Expenses: International Sureties, Ltd. | 1.78 | 1.78 | 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 1,365.76 |
| Remaining balance: | $ 0.00 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

    Total to be paid for prior chapter administrative expenses: **$**   0.00
    Remaining balance: **$**   0.00

 In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

 Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

    Total to be paid for priority claims: **$**   0.00
    Remaining balance: **$**   0.00

 The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

 Timely claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

 Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

    Total to be paid for timely general unsecured claims: **$**   0.00
    Remaining balance: **$**   0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Prepared By: /s/Markian R Slobodian  
Trustee

Markian R Slobodian  
801 North Second St.  
Harrisburg, PA 17102  
(717) 232-5180  
law.ms@usa.net

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: KELLY M WARNER | CASE NO: 15-01768 |
|---|---|
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 7 |

On 10/21/2019, I did cause a copy of the following documents, described below,

Notice of Trustee's Final Report

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/21/2019

/s/ Markian R. Slobodian, Chapter 7 Trustee
Markian R. Slobodian, Chapter 7 Trustee  41075
Law Offices of Markian R. Slobodian
801 North Second Street
Harrisburg, PA  17102
717 232 5180

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: KELLY M WARNER

CASE NO: 15-01768

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 7

On 10/21/2019, a copy of the following documents, described below,

Notice of Trustee's Final Report

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/21/2019

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Markian R. Slobodian, Chapter 7 Trustee
Law Offices of Markian R. Slobodian
801 North Second Street
Harrisburg, PA 17102

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| CASE INFO | ATT MOBILITY | CAPITAL ONE AUTO FINANCE |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING 03141<br>CASE 1-15-BK-01768-HWV<br>MIDDLE DISTRICT OF PENNSYLVANIA<br>HARRISBURG<br>MON OCT 21 13-56-49 EDT 2019 | PO BOX 537113<br>ATLANTA GA 30353-7113 | PO BOX 260848<br>PLANO TX 75026-0848 |
| CAPITAL ONE AUTO FINANCE DIVISION<br>CAPITAL O<br>PO BOX 60511<br>CITY OF INDUSTRY CA 91716-0511 | CAR FINANCE<br>PO BOX 57053<br>IRVINE CA 92619-7053 | CLAIMS RECOVERY SYSTEMS<br>ASSIGNEE OF WELLS FARGO BANK<br>PO BOX 703<br>CARNEGIE PA 15106-0703 |
| CAPITAL ONE AUTO FINANCE<br>CO ASCENSION CAPITAL GROUP<br>PO BOX 201347<br>ARLINGTON TX 76006-1347 | DISH NETWORK<br>CO ENHANCE RECOVERY<br>PO BOX 57547<br>JACKSONVILLE FL 32241-7547 | DR FRANK GILL OB GYN LLC<br>312 FOURTH STREET<br>LEWISTOWN PA 17044-1315 |
| EOS CCA<br>700 LONGWATER DRIVE<br>NORWELL MA 02061-1624 | ER SOLUTIONS INC<br>800 SW 9TH STREET<br>PO BOX 9004<br>RENTON WA 98057-9004 | FIRST PREMIER BANK<br>PO BOX 5524<br>SIOUX FALLS SD 57117-5524 |
| GEISINGER HEALTH SYSTEM<br>PO BOX 27727<br>NEWARK NJ 07101-7727 | GEISINGER LEWISTOWN HOSPITAL<br>400 HIGHLAND AVENUE<br>LEWISTOWN PA 17044-1198 | I C SYSTEM INC<br>444 HIGHWAY 96 EAST<br>PO BOX 64437<br>SAINT PAUL MN 55164-0437 |
| LEWISTOWN HOSPITAL<br>CO NATIONAL RECOVERY<br>2491 PAXTON STREET<br>HARRISBURG PA 17111-1036 | NATIONAL RECOVERY<br>2491 PAXTON STREET<br>HARRISBURG PA 17111-1036 | NATIONWIDE INSURANCE<br>CO CREDIT COLLECTION<br>PO BOX 9134<br>NEEDHAM HEIGHTS MA 02494-9134 |
| NCO FINANCIAL<br>PO BOX 4906<br>DEPT 64<br>TRENTON NJ 08650-4906 | PEDIATRIC DENTAL CARE PC<br>1019 GHANER RD STE A<br>PORT MATILDA PA 16870-7236 | PENN CREDIT CORP<br>PO BOX 988<br>HARRISBURG PA 17108-0988 |
| PNC BANK<br>ATTN BANKRUPTCY DEPT<br>2730 LIBERTY AVENUE<br>PITTSBURGH PA 15222-4747 | PNC MORTGAGE A DIVISION OF PNC BANK NA<br>3232 NEWMARK DRIVE<br>MIAMISBURG OH 45342-5421 | PPL ELECTRIC UTILITIES<br>2 NORTH 9TH STREET<br>ALLENTOWN PA 18101-1179 |
| SPRINT<br>CO ENHANCE RECOVERY<br>PO BOX 57547<br>JACKSONVILLE FL 32241-7547 | JASON BRETT SCHWARTZ<br>MESTER SCHWARTZ PC<br>1333 RACE STREET<br>PHILADELPHIA PA 19107-1556 | ~~EXCLUDE~~<br>~~MARKIAN R SLOBODIAN~~<br>~~001 NORTH SECOND STREET~~<br>~~HARRISBURG PA 17102-3210~~ |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

EXCLUDE
~~MARKIAN R SLOBODIAN TRUSTEE~~
~~801 NORTH SECOND STREET~~
~~HARRISBURG PA 17102-3210~~

UNITED STATES TRUSTEE
228 WALNUT STREET SUITE 1190
HARRISBURG PA 17101-1722

JAMES WARMBRODT
701 MARKET STREET SUITE 5000
PHILADEPHIA PA 19106-1541

DEBTOR
KELLY M WARNER
PO BOX 306
PORT ROYAL PA 17082-0306

DONALD ZAGURSKIE
JOHNSTON  ZAGURSKIE PC
117 MAIN STREET
PO BOX O
MIFFLIN PA 17058-0915

Case 1:15-bk-01768-HWV    Doc 45    Filed 10/21/19    Entered 10/21/19 14:06:53    Desc
Main Document    Page 8 of 8