# JOHNSTON & ZAGURSKIE, PC
## ATTORNEYS AT LAW
### 117 MAIN STREET
### P.O. BOX 0
### MIFFLIN, PA 17058

Michael "Doc" Johnston, Esq.
Donald K. Zagurskie, Esq.
Donis H. Zagurskie, Esq.

Area Code 717
Telephone 436-8044
Fax 436-2722

October 31, 2019

Clerk, U.S. Bankruptcy Court
P.O. Box 908
Harrisburg, PA 17108

      RE:   Kelly M. Warner
              Case No. 1-15-bk-001768

Dear Clerk:

I am writing to advise of an address change for the Debtor it is as follows:

**Old Address:**

P.O. Box 306
Port Royal, PA 17082

**New Address:**

44 Crestwood Lane
McClure, PA 17841

Very truly yours,

Donald K. Zagurskie
Attorney

DKZ:bbh