# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: WARNER, KELLY M | § Case No. 15-01768 |
| | § |
| | § |
| Debtor(s) | § |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

Markian R Slobodian, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $75,937.50
*(without deducting any secured claims)*

Assets Exempt: $27,238.50

Total Distribution to Claimants: $929.91

Claims Discharged
Without Payment: $13,742.45

Total Expenses of Administration: $3,892.54

---

   3)  Total gross receipts of $ 6,500.00 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 1,677.55 (see **Exhibit 2**), yielded net receipts of $4,822.45 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $92,133.00 | $17,395.39 | $929.91 | $929.91 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 7,208.65 | 6,003.04 | 3,892.54 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 13,742.45 | 0.00 | 0.00 | 0.00 |
| **TOTAL DISBURSEMENTS** | $105,875.45 | $24,604.04 | $6,932.95 | $4,822.45 |

4) This case was originally filed under Chapter 7 on April 28, 2015. The case was pending for 56 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/30/2019 By: /s/Markian R Slobodian

Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO
FINAL ACCOUNT**

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Lot with frame house located at 103 Main Street, | 1110-000 | 6,500.00 |
| **TOTAL GROSS RECEIPTS** | | $6,500.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Kelly M. Warner | Debtor's Claimed Exemption | 8100-002 | 1,677.55 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $1,677.55 |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | CAPITAL ONE AUTO FINANCE, DIVISION CAPITAL ONE NA | 4110-000 | 16,608.00 | 16,465.48 | 0.00 | 0.00 |
| NOTFILED | PNC Bank At tn Bankruptcy Dept | 4110-000 | 47,241.00 | N/A | N/A | 0.00 |
| NOTFILED | Claims Recovery Systems assignee of Wells Fargo Bank | 4110-000 | 12,143.00 | N/A | N/A | 0.00 |
| NOTFILED | Car Finance | 4110-000 | 16,141.00 | N/A | N/A | 0.00 |
| | Juniata Co Tax Claim Bureau | 4700-000 | N/A | 929.91 | 929.91 | 929.91 |
| **TOTAL SECURED CLAIMS** | | | $92,133.00 | $17,395.39 | $929.91 | $929.91 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Markian R Slobodian | 2100-000 | N/A | 1,205.61 | 0.00 | 0.00 |
| Trustee Expenses - Markian R Slobodian | 2200-000 | N/A | 65.38 | 65.38 | 25.69 |
| Attorney for Trustee Fees (Trustee Firm) - Law Offices of Markian R Slobodian | 3110-000 | N/A | 3,196.00 | 3,196.00 | 1,255.65 |
| Attorney for Trustee Expenses (Trustee Firm) - Law Offices of Markian R Slobodian | 3120-000 | N/A | 214.88 | 214.88 | 84.42 |
| Other - International Sureties, Ltd. | 2300-000 | N/A | 1.78 | 1.78 | 1.78 |
| Other - Century 21, Above & Beyond | 3510-000 | N/A | 2,000.00 | 2,000.00 | 2,000.00 |
| Other - Andrew L. Winder | 2500-000 | N/A | 215.00 | 215.00 | 215.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | |
|---|---|---|---|---|---|
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 5.00 | 5.00 | 5.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 5.00 | 5.00 | 5.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $7,208.65 | $6,003.04 | $3,892.54 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Nationwide Insurance | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Nationwide Insurance c/o Credit Collection | 7100-000 | 59.00 | N/A | N/A | 0.00 |
| NOTFILED | Pediatric Dental Care PC | 7100-000 | 944.00 | N/A | N/A | 0.00 |
| NOTFILED | PPL Electric Utilities | 7100-000 | 167.00 | N/A | N/A | 0.00 |
| NOTFILED | Pediatric Dental Care PC | 7100-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Sprint c/o Enhance Recovery | 7100-000 | 2,468.00 | N/A | N/A | 0.00 |
| NOTFILED | PPL Electric Utilities | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | National Recovery | 7100-000 | 5,918.00 | N/A | N/A | 0.00 |
| NOTFILED | Dish Network c/o Enhance Recovery | 7100-000 | 495.00 | N/A | N/A | 0.00 |
| NOTFILED | Lewistown Hospital c/o National Recovery | 7100-000 | 2,292.00 | N/A | N/A | 0.00 |
| NOTFILED | AT&T Mobility | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | AT&T Mobility | 7100-000 | 361.00 | N/A | N/A | 0.00 |
| NOTFILED | AT&T Mobility | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | First Premier Bank | 7100-000 | 137.00 | N/A | N/A | 0.00 |
| NOTFILED | Geisinger Lewistown Hospital | 7100-000 | 793.45 | N/A | N/A | 0.00 |
| NOTFILED | Dr Frank Gill OB GYN LLC | 7100-000 | 30.00 | N/A | N/A | 0.00 |
| NOTFILED | Geisinger Health System | 7100-000 | 78.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $13,742.45 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-01768

**Case Name:** WARNER, KELLY M

**Period Ending:** 12/30/19

**Trustee:** (580580) Markian R Slobodian

**Filed (f) or Converted (c):** 04/28/15 (f)

**§341(a) Meeting Date:** 06/09/15

**Claims Bar Date:** 04/29/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Lot with frame house located at 103 Main Street, | 11,434.50 | 2,000.00 | | 6,500.00 | FA |
| 2 | Lot with frame house located at 105 Main Street, | 40,000.00 | 0.00 | | 0.00 | FA |
| 3 | Cash Location: In debtor's possession | 20.00 | 0.00 | | 0.00 | FA |
| 4 | Checking account with boyfriend Randy L. Huber, | 250.00 | 0.00 | | 0.00 | FA |
| 5 | 2 Cushion Sofa -$100; Recliner -$50; Recliner -$ | 1,175.00 | 0.00 | | 0.00 | FA |
| 6 | Washer -$50; Dryer -$50; King bed -$100; 5 Dress | 475.00 | 0.00 | | 0.00 | FA |
| 7 | All clothing Location: In debtor's possession | 300.00 | 0.00 | | 0.00 | FA |
| 8 | Mothers wedding band Location: In debtor's posse | 1,000.00 | 0.00 | | 0.00 | FA |
| 9 | 2014 IRS Refund Location: In debtor's possession | 6,816.00 | 0.00 | | 0.00 | FA |
| 10 | 1992 Harley Davidson Sportster owned with boyfri | 750.00 | 0.00 | | 0.00 | FA |
| 11 | 2001 Dodge Durango owned jointly with boyfriend | 1,047.50 | 0.00 | | 0.00 | FA |
| 12 | 2012 Nissan Altima Location: In debtor's possess | 10,722.00 | 0.00 | | 0.00 | FA |
| 13 | 2013 Chrysler 200 owned jointly with daughter Je | 13,382.00 | 0.00 | | 0.00 | FA |
| 13 | **Assets** **Totals** (Excluding unknown values) | **$87,372.00** | **$2,000.00** | | **$6,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

6/10/15 - Trustee will sell real estate in Port Royal, PA.

6/10/15 - Message from Doc Johnston with contact information for listing agent.

6/11/15 - Application for appointment of attorney for trustee filed.

6/19/15 - Order approving appointment of attorney for trustee.

7/6/15 - Listing Agreement received from Ashley Kline (realtor).

7/13/15 - Email from realtor stating that she cannot access the house and the debtor needs a week to clean it out because it is filled with storage items.

7/21/15 - Application to Employ Century 21 to market and sell real estate in Port Royal, PA filed by Trustee.

7/31/15 - Order approving Trustee's application to appoint realtor for trustee.

1/19/16 - Motion to sell real estate in Port Royal, PA filed by Trustee.

1/21/16 - Notice served regarding motion to sell real estate.

1/27/16 - Asset notice filed.

2/14/16 - Objection deadline for motion to sell.

2/23/16 - Hearing on Motion to sell real estate.

2/24/16 - Order approving motion to sell real estate.

2/29/16 - Email to Ashley Kline (realtor) forwarding copy of Order approving sale and requesting closing be scheduled and deed be prepared by buyer's counsel or title company.

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| Case Number: 15-01768 | Trustee: (580580) Markian R Slobodian | |
| Case Name: WARNER, KELLY M | Filed (f) or Converted (c): 04/28/15 (f) | |
| | §341(a) Meeting Date: 06/09/15 | |
| Period Ending: 12/30/19 | Claims Bar Date: 04/29/16 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

3/11/16 - Closing held on sale of real estate at 103 Main St., Port Royal, PA.

3/15/16 - Report of Sale filed by Trustee regarding sale of real estate in Port Royal, PA.

3/22/16 - Exemption check sent to debtor's counsel.

4/29/16 - Claims Bar date.

5/12/16 - Letter to National Recovery Agency requesting a proof of claim be filed.

1/27/17 - Trustee will contact creditors regarding filing of claims.

11/14/17 - Paralegal spoke with Assension Capital Group regarding possible amendment to proof of claim.

11/14/17 - Proof of Claim drafted for creditor and forwarded with instructions for completion and filing with Bankruptcy Court.

11/15/17 - Trustee spoke with finance company regarding amending proof of claim for deficiency balance.

11/21/17 - Email to American Infosource requesting claim of Capital One Auto Finance be amended as an unsecured claim and to include any deficiency balance owed.

1/25/18 - Follow up call to American Infosource regarding status of filing amended proof of claim for Capital One Auto Finance.

1/25/18 - Trustee's previous email resent to American Infosource.

5/11/18 - Amended claim still not filed by Capital One Auto Finance.

7/18/18 - Email resent to American Infosource regarding filing amendment to Proof of Claim on behalf of Capital One Auto Finance.

9/17/18 - Amended claim still not filed.

1/30/19 - Trustee will re-contact possible creditors regarding filing of late claims.

7/11/19 - Left VM with contact at American Infosource regarding filing of amended proof of claim on behalf of Capital One Auto Finance.

8/13/19 - Trustee determined the estate did not generate income or capital gains. Accordingly, no tax return will be filed.

8/27/19 - TFR forwarded to US Trustee's office for review.

8/27/19 - Final fee application of Trustee's counsel filed by Trustee.

10/21/19 - Notice of final report forwarded to all creditors.

11/11/19 - Objection deadline regarding final report.

11/22/19 - Distribution Order.

11/25/19 - Distributions made to creditors.

| | | | |
|---|---|---|---|
| Initial Projected Date Of Final Report (TFR): | June 1, 2016 | Current Projected Date Of Final Report (TFR): | August 27, 2019 (Actual) |

Exhibit 9

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 15-01768 | |
| **Case Name:** | WARNER, KELLY M | |
| **Taxpayer ID #:** | **-***1255 | |
| **Period Ending:** | 12/30/19 | |

| | |
|---|---|
| **Trustee:** | Markian R Slobodian (580580) |
| **Bank Name:** | Mechanics Bank |
| **Account:** | ******5166 - Checking Account |
| **Blanket Bond:** | $6,379,891.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 03/15/16 | | Andrew L. Winder | Sale Proceeds from Sale of RE at 103 Main St, Port Royal, PA | | | 3,355.09 | | 3,355.09 |
| | {1} | Nina K. & William F. Graham | Gross Sale Proceeds | 6,500.00 | 1110-000 | | | 3,355.09 |
| | | Century 21, Above & Beyond | Realtor's Commission | -2,000.00 | 3510-000 | | | 3,355.09 |
| | | Juniata Co Tax Claim Bureau | Delinquent RE Taxes | -929.91 | 4700-000 | | | 3,355.09 |
| | | | Misc. Costs of Sale | -215.00 | 2500-000 | | | 3,355.09 |
| 03/22/16 | 101 | Kelly M. Warner | Debtor's Claimed Exemption | | 8100-002 | | 1,677.55 | 1,677.54 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 1,667.54 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 1,657.54 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 1,647.54 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 1,637.54 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 1,627.54 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 1,617.54 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 1,607.54 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 1,597.54 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 1,587.54 |
| 12/28/16 | 102 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/28/2016 FOR CASE #15-01768, Bond # 016026361 | | 2300-000 | | 0.46 | 1,587.08 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 1,577.08 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 1,567.08 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 1,557.08 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 1,547.08 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 1,537.08 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 1,527.08 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 1,517.08 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 1,507.08 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 1,497.08 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 1,487.08 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 1,477.08 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 1,467.08 |
| 12/27/17 | 103 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/27/2017 FOR CASE #15-01768, Bond #016026361 | | 2300-000 | | 0.42 | 1,466.66 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 1,456.66 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 1,446.66 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 1,436.66 |

| | | | | Subtotals : | | $3,355.09 | $1,918.43 | |

Exhibit 9

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 15-01768 | |
| Case Name: | WARNER, KELLY M | |
| Taxpayer ID #: | **-***1255 | |
| Period Ending: | 12/30/19 | |

| | |
|---|---|
| Trustee: | Markian R Slobodian (580580) |
| Bank Name: | Mechanics Bank |
| Account: | ******5166 - Checking Account |
| Blanket Bond: | $6,379,891.00  (per case limit) |
| Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,426.66 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,416.66 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,406.66 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,396.66 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,386.66 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,376.66 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 1,371.66 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 1,366.66 |
| 01/07/19 | 104 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/07/2019 FOR CASE #15-01768, Bond #016026361 | 2300-000 | | 0.90 | 1,365.76 |
| 10/02/19 | | Transition Transfer Debit | | 9999-000 | | 1,365.76 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 3,355.09 | 3,355.09 | $0.00 |
| Less: Bank Transfers | 0.00 | 1,365.76 | |
| Subtotal | 3,355.09 | 1,989.33 | |
| Less: Payments to Debtors | | 1,677.55 | |
| NET Receipts / Disbursements | $3,355.09 | $311.78 | |

Exhibit 9

Page: 3

# Form 2
## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case Number:** | 15-01768 | **Trustee:** | Markian R Slobodian (580580) |
| **Case Name:** | WARNER, KELLY M | **Bank Name:** | Metropolitan Commercial Bank |
| | | **Account:** | ******3108 - Checking Account |
| **Taxpayer ID #:** | **-***1255 | **Blanket Bond:** | $6,379,891.00  (per case limit) |
| **Period Ending:** | 12/30/19 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/02/19 | | Transfer from 4083 to 3108 | Transfer from 4083 to 3108 | 9999-000 | 1,365.76 | | 1,365.76 |
| 11/25/19 | 10105 | Markian R Slobodian | Dividend paid  39.28% on $65.38, Trustee Expenses;  Reference: | 2200-000 | | 25.69 | 1,340.07 |
| 11/25/19 | 10106 | Law Offices of Markian R Slobodian | Dividend paid  39.28% on $214.88, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 84.42 | 1,255.65 |
| 11/25/19 | 10107 | Law Offices of Markian R Slobodian | Dividend paid  39.28% on $3,196.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,255.65 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 1,365.76 | 1,365.76 | $0.00 |
| Less: Bank Transfers | | 1,365.76 | 0.00 |
| **Subtotal** | | 0.00 | 1,365.76 |
| Less: Payments to Debtors | | | 0.00 |
| **NET Receipts / Disbursements** | | **$0.00** | **$1,365.76** |

| | |
|---|---|
| Net Receipts : | 3,355.09 |
| Plus Gross Adjustments : | 3,144.91 |
| Less Payments to Debtor : | 1,677.55 |
| Net Estate : | $4,822.45 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******5166** | 3,355.09 | 311.78 | 0.00 |
| **Checking # ******3108** | 0.00 | 1,365.76 | 0.00 |
| | $3,355.09 | $1,677.54 | $0.00 |

Case 1:15-bk-01768-HWV     Doc 48     Filed 01/14/20     Entered 01/14/20 09:50:54     Desc
Main Document       Page 11 of 11